IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
WHITSERVE LLC,                    :
                                  :   Civil Action No. 1:18-cv-00194-GMS
        Plaintiff,                :
                                  :
    v.                            :
                                  :
ENOM, LLC                         :
                                  :
        Defendant.                :
---------------------------------------------------x

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff WhitServe LLC hereby requests oral argument on Defendants' Motion to Dismiss filed on May 7, 2018 (Dkt. 10) and all subsequent filings related thereto (Dkts. 11, 16 and 18).

Date: August 3, 2018                By: /s/ Stamatios Stamoulis
                                        Stamatios Stamoulis
                                        Stamoulis & Weinblatt LLC
                                        Two Fox Point Centre
                                        6 Denny Road, Suite 307
                                        Wilmington, DE 19809
                                        Tel: 302-999-1540
                                        Email: stamoulis@swdelaw.com

                                        Michael J. Kosma (*pro hac vice*)
                                        Whitmyer IP Group LLC
                                        600 Summer Street
                                        Stamford, CT 06901
                                        Tel: 203-703-0800
                                        Fax: 203-703-0801
                                        Email: litigation@whipgroup.com
                                               mkosma@whipgroup.com

## CERTIFICATE OF SERVICE

      This is to certify that on this 3rd day of August, 2018, a true and correct copy of the foregoing **PLAINTIFF'S REQUEST FOR ORAL ARGUMENT** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


August 3, 2018                                                               /s/Stamatios Stamoulis
Date