IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
**WHITSERVE LLC,**                        :
                                          : **Civil Action No. 1:18-cv-00193-CFC**
       **Plaintiff,**                  :
                                          :
  v.                                    :
                                          :
**DONUTS INC. and NAME.COM,**             :
**INC.**                                  :
                                          :
       **Defendant.**                  :
---------------------------------------------------x
**WHITSERVE LLC,**                        :
                                          : **Civil Action No. 1:18-cv-00194-CFC**
       **Plaintiff,**                  :
                                          :
  v.                                    :
                                          :
**ENOM, LLC.**                            :
                                          :
       **Defendant.**                  :
---------------------------------------------------x

**JOINT STATUS REPORT**

Pursuant to Rule 16, Fed.R.Civ.P., D. Del. LR 16.2, and the Court's September 20, 2018 Order Scheduling a Teleconference, WhitServe LLC ("Plaintiff"), and Donuts Inc., Name.com, Inc., and Enom, LLC. ("Defendants"), by and through their undersigned counsel, jointly submit this Joint Status Report. Per the agreement of the parties and the Court's August 23, 2018 Order, the parties' counsel plan to participate in a telephone conference as required by the Fed. R. Civ. P. 26(f) within seven (7) days of the Court's ruling on Defendants' Motion to Dismiss, and to report to the Court within fourteen days, unless the Court orders otherwise.

1. **Substance of the Action**: This is a civil action arising under the Patent Laws of the United States, asserting infringement under 35 U.S.C. § 271 of U.S. Patent Nos.

5,895,468 and 6,182,078 (collectively "Patents-in-Suit") and seeking damages and other relief under 35 U.S.C. §§ 283 – 285.

2. **Identification of the Issues:** Plaintiff contends the Defendants directly infringed the Patents-in-Suit. Defendants contend these actions should be dismissed under Fed. R. Civ. P. 12(b)(6) because the claims of the Patents-in-Suit are invalid as directed to patent-ineligible subject matter.

3. **Next event the Court needs to schedule**: The next event the parties request that the Court schedule is oral argument on Defendants' Motion to Dismiss filed May 7, 2018 (D.I. 12). On August 3, 2018, Plaintiff requested oral argument and Defendants agree that oral argument is warranted.

Respectfully submitted,

/s/ Stamatios Stamoulis
Stamatios Stamoulis #4606
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Tel: 302-999-1540
Email: stamoulis@swdelaw.com

Michael J. Kosma (*pro hac vice*)
Whitmyer IP Group LLC
600 Summer Street
Stamford, CT 06901
Tel: 203-703-0800
Email: mkosma@whipgroup.com
       litigation@whipgroup.com

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld #1014
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19800
Tel: (302) 658-9200
Email: jblumenfeld@mnat.com

Sharon Davis
Nicole M. DeAbrantes
Rothwell, Figg, Ernst & Manbeck P.C.
607 14th St. NW, Suite 800
Washington, DC 20005
Tel: 202-783-6040
Email: sdavis@rothwellfigg.com

*Attorneys for Defendant*

SO ORDERED, this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE